**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT CHATTANOOGA**

| | | |
|---|---|---|
| ARTELIA PHELPS, | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | Case No. 1:21-cv-267 |
| v. | ) | |
| | ) | Judge Atchley |
| | ) | |
| DILLARD TENNESSEE OPERATING | ) | Magistrate Judge Lee |
| LIMITED PARTNERSHIP d/b/a | ) | |
| DILLARD'S, | ) | |
| | ) | |
| *Defendant*. | ) | |

## ORDER

The Court has received notice that the parties have reached a settlement of this matter. Accordingly, the final pretrial conference scheduled for April 30, 2024 and the trial scheduled to begin May 7, 2024, are **CANCELED**, as are any remaining deadlines set forth in the Trial Scheduling Order [Doc. 73]. On or before **May 21, 2024**, the parties are **ORDERED** to file a stipulation of dismissal in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The parties are put **ON NOTICE** that if no stipulation of dismissal or appropriate motion is filed on or before the date specified in this Order, the Court will dismiss this action pursuant to Federal Rule of Civil Procedure Rule 41(b) and Local Rule 68.1.

**SO ORDERED.**

*/s/ Charles E. Atchley, Jr.*
CHARLES E. ATCHLEY, JR.
UNITED STATES DISTRICT JUDGE